UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>  Plaintiffs,<br>  v.<br><br>RECONTRUST COMPANY, et al.,<br><br>  Defendants.<br>_____/ | No. C 12-00399 LB<br><br>**ORDER REGARDING APPARENT SETTLEMENT** |

This action was referred to mediation with mediator John Koeppel. ADR Clerk's Notice, ECF No. 16. On November 9, 2012, the court received a Certification of ADR Session in which Mr. Koeppel notified the court that this action fully settled at mediation. Certification, ECF No. 17. Accordingly, the court **ORDERS** the parties, by January 11, 2012, to either (1) stipulate to dismiss the action, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), or (2) file a joint statement why they are not able to do so.

**IT IS SO ORDERED.**

Dated: December 17, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-00399 LB
ORDER